# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DIANNE BLUE,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　**Case No. 6:10-cv-867-Orl-28DAB**

**BRIAN O. COLEMAN, D.M.D., P.A.**
**OMEGA DENTAL GROUP, OMEGA**
**DENTAL GROUP, P.A., BRIAN O.**
**COLEMAN,**

       **Defendants.**

_____

# ORDER

This case is before the Court on the Joint Motion for Dismissal with Prejudice (Doc. No. 12) filed November 11, 2010. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1.    That the Report and Recommendation filed November 18, 2010 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    The Joint Motion for Dismissal with Prejudice (Doc. No. 12) is **GRANTED**.

3.    This case is dismissed with prejudice.

4.    The Clerk is directed to close this file.

-2-

**DONE** and **ORDERED** in Chambers, Orlando, Florida this  29th   day of November, 2010.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

JOHN ANTOON II
United States District Judge